AO 91 (Rev. 11/11) Criminal Complaint

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:09 pm, Sep 23 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

HUAYI ZHONG

Defendant(s)

Case No. 24-2353-ADC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 2023 to September 2024 in the county of _____ in the
_____ District of MARYLAND, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of a Criminal Complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

RYAN T. WELSH, SPECIAL AGENT, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 23 September 2024

_____
Judge's signature

City and state: BALTIMORE, MARYLAND

A. David Copperthite, U.S. Magistrate Judge
Printed name and title