AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:12 pm, Sep 23 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 24-2351-ADC |
| | ) |
| | ) |
| PRAVEEN MORGAN | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 2023 to September 2024  in the county of _____ in the
_____ District of   MARYLAND  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of a Criminal Complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

RYAN T. WELSH, SPECIAL AGENT, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 23 September 2024

_____
*Judge's signature*

City and state:   BALTIMORE, MARYLAND    A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*